FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 4:18CR 00163 JM |
| | ) | |
| ALEXANDER JOSEPH JORDAN | ) | 18 U.S.C. § 175b(c) |
| | ) | 42 CFR § 73.3 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about, February 22, 2018, in the Eastern District of Arkansas, the defendant,

ALEXANDER JOSEPH JORDAN,

did knowingly possess a select agent, namely ricin, without obtaining a registration required by regulations under Section 351A(c) of the Public Health Service Act.

In violation of Title 18, United States Code, Section 175b(c) and 42 CFR § 73.3.

[End of Text.  Signature page attached.]