IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                4:18CR00163 JM

ALEXANDER JOSEPH JORDAN

ORDER

The Court received the written report with the results from Defendant's psychiatric examination on May 29, 2018.  Any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities by June 27, 2018.  If no motions are filed by that time, the Court will enter an order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.  If motions are filed raising any issues with the report, the period of excludable delay will end once the Court enters an order disposing of the motions.

IT IS SO ORDERED this 18th day of June, 2018.

_____
James M. Moody Jr.
United States District Judge