UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:18CR00163-01 JM |
| | ) | |
| | ) | |
| ALEXANDER JOSEPH JORDAN | ) | DEFENDANT |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Alexander Jordan, by and through his attorney, Nicole Lybrand, and for his Motion to Modify Conditions of Release states as follows:

1. The Honorable Judge Deere release Mr. Jordan on conditions on February 28, 2018;

2. One of the conditions imposed was electronic monitoring software. Mr. Jordan has not had any violations or attempted violations;

3. Accordingly, defense counsel respectfully requests that the Court modify his conditions of release to remove the monitoring software;

4. Defense counsel has contacted the Assistant United States Attorney, Stacy Williams, and there is no opposition to Defendant's request.

WHEREFORE, the Defendant, Alexander Jordan, respectfully requests that this Court grant his Motion to Modify Conditions of Release and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS
FEDERAL DEFENDER

By: Nicole Lybrand
     Bar Number 2010215
     Assistant Federal Defender
     The Victory Building, Suite 490
     1401 West Capitol Avenue
     Little Rock, AR 72201
     (501) 324-6113
     E-mail: Nicole_Lybrand@fd.org

For: Alexander Jordan, Defendant